FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0383

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0383

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TYLOR THOMAS BUTTOLPH,

      Respondent and Appellee.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 5, 2023, within which to prepare, serve, and file its response brief.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023